**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:08-CR-185 CAS |
| v. | ) | |
| | ) | |
| LAMONT MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert, III. On April 24, 2008, Judge Mummert filed a Memorandum and Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence and Statements be denied.

Defendant filed general objections to the Magistrate Judge's Report and Recommendation on May 5, 2008. Defendant objected to "each and every adverse ruling, decision, finding, and order," Def.'s Objs. at 1, and objected generally to the Report and Recommendation as being "against the weight of the evidence adduced at the motion hearing thereon, and area [sic] contrary to existing law." This type of general objection is of little aid to the Court in focusing on any errors which may have been made by the Magistrate Judge.

The Court has carefully and independently reviewed the record of this matter, and has listened to a recording of the evidentiary hearing held in this matter on April 18, 2008. The Court is in full

agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a <u>de novo</u> review,

**IT IS HEREBY ORDERED** that the objections of defendant Montgomery are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.  [Doc. 25]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements are **DENIED**.  [Doc. 21]


**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this __16th__ day of May, 2008.